# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com


PRINT THIS

Powered by  Clickability

Feb. 15, 2010
Copyright © Las Vegas Review-Journal

## Grief-stricken receive emotional first aid

By PAUL HARASIM
LAS VEGAS REVIEW-JOURNAL

Lynda Gallagher was there as a sobbing woman cradled her dead husband and told him how much she loved him, how much she would miss him.

She was there when the parents of a teen who died of a drug overdose first tried to deal with their shattered dreams, the promise of what might have been.

She also was there recently when a grieving Nevada State College student tried to make sense of the fact that her young roommate died in her sleep.

"No one should be alone when tragedy strikes," said Gallagher, 50, a volunteer with the Trauma Intervention Program of Southern Nevada, better known as TIP. "I guess you might call what we do emotional first aid. Often, you just listen. Other times you help them talk out their feelings. We're really comforting people, not counseling them."

Often, she cries along with those she's comforting. "It is part of being human," Gallagher said.

To Michael Murphy, the Clark County coroner, the Southern Nevada chapter of the national organization, founded in 1985, is particularly important because so many people have moved here and left family behind.

"For many people, the support system you need in a very difficult time simply isn't here," Murphy said. "TIP helps us fill that gap."

The Las Vegas TIP chapter is the busiest in the country. In 2008, there were more than 1,000 calls for service; in the first six months of 2009, more than 500 calls for service.

The TIP team, which has 52 volunteers, is called by emergency first responders to the scenes of natural deaths, homicides, car accidents, suicides and fires. Around the clock, the volunteers' goal is to be on the scene within 20 minutes.

They often explain to survivors, many of whom are in shock, why police are handling the situation as they are.

"At a crime scene it is often very difficult for loved ones because they have to be kept away from the body," Gallagher said. "They want to say goodbye, to be near them, but we explain that the scene must be preserved so that whoever committed the murder can be caught."

If necessary, TIP volunteers also help arrange for shelter, food and clothing for survivor victims; help notify other family members; serve as a liaison between the victims, their friends, law

enforcement, emergency services and hospital personnel; and provide information about appropriate agencies for ongoing assistance.

Gallagher realized how necessary providing comfort is in the wake of her own crisis, when her husband suffered a serious head injury a few years ago.

"All my family was there," she said. "I'm not sure I could have handled it without their help. You're in shock, and you can't remember anything."

On Wednesday, Gallagher did something she seldom has time to do: Revisit a client she has helped.

At Nevada State College, she met with junior math major Magdalena, who has had a difficult time concentrating on her studies after the recent death of her roommate.

Out of concern that clients might be victimized by those who prey on individuals who have suffered a misfortune, TIP prefers that clients' last names remain confidential.

When Gallagher and Magdalena met again, they hugged. "We probably talked for two or three hours" the day her roommate died, Gallagher said.

Magdalena said she left her roommate sleeping on the couch, as she often did.

The next time Magdalena saw her, the roommate was in the same position, but her legs and arms had turned blue. She was dead. She had a medical condition.

The emergency first responders didn't have time to deal with her grief. Gallagher did.

"I saw her outside sitting by herself crying. I knew she needed someone."

Magdalena told Gallagher all about her roommate and about her own life.

"It really gave me some peace," Magdalena said. "Talking with someone who cares about how you're feeling helps a lot."

Gallagher said she finds it most difficult to deal with situations in which seniors and the very young are involved.

On one call, a man in his 80s was "just weeping uncontrollably because the woman who was his wife for more than 60 years had died," she said. "I remember the Metro officer saying that we'll have to come back for him in a month. It was like he had just lost his life."

When Gallagher comforted a mother who had lost her teenage son to an overdose, the woman kept screaming that her child wasn't supposed to die before her. Gallagher remembers that she and the mother ended up talking about the good the boy had done in his life.

Too often, Gallagher said, she must work suicides.

"Anger and guilt are the two emotions you find," she said. If possible, she tries to focus only on the good moments the victim had with the family.

Usually TIP volunteers leave the area when the body is taken off the premises.

"We're not there to give them the kind of help they'll need in the long term, but we do try to help

them find out where help is available," Gallagher said.

TIP volunteers generally give survivor victims a community resource guide at the scene. It deals with everything from support groups to phone numbers for airlines.

"In Las Vegas, we often help people from out of town," Gallagher said. "Their husband or wife may die here, and they have to deal with things like getting the body back to their hometown. We learn that kind of information."

Sitting outside a Starbucks recently near University Medical Center, Sherri Graves, the TIP crisis team manager, and Lorrie Carlyn, the assistant crisis team manager, talked about the kind of training volunteers receive before they start the regimen that sees them on call for three 12-hour shifts a month.

They go through 55 hours of training that give them insight into emotional trauma and the workings of emergency first responders. They learn about resources available for survivor victims. In addition, volunteers attend a three-hour educational meeting each month. Police, emergency responders and other professionals share their experience during training sessions.

Training for new volunteers begins in April. They are always needed because sometimes volunteers suffer burnout.

On March 16, the organization holds it Heroes with Heart fundraising luncheon at The Orleans. It honors 11 emergency responders and one citizen for outstanding work in the community.

"In this economy, we really need all the help we can get to keep this service going," Carlyn said.

Gallagher thinks she'll continue being a TIP volunteer for the foreseeable future.

"There's not a lot we can do for each other in this life. But I get personal satisfaction out of giving of myself when people really need someone to lean on."

Contact reporter Paul Harasim at pharasim@reviewjournal.com or 702-387-2908.

**Find this article at:**
http://www.lvrj.com/news/grief-stricken-receive-emotional-first-aid-84371787.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2



## Grief-stricken receive emotional first aid

**By Paul Harasim**

Lynda Gallagher was there as a sobbing woman cradled her dead husband and told him how much she loved him, how much she would miss him.

She was there when the parents of a teen who died of a drug overdose first tried to deal with their shattered dreams, the promise of what might have been.

She also was there recently when a grieving Nevada State College student tried to make sense of the fact that her young roommate died in her sleep.

"No one should be alone when tragedy strikes," said Gallagher, 50, a volunteer with the Trauma Intervention Program of Southern Nevada, better known as TIP. "I guess you might call what we do emotional first aid. Often, you just listen. Other times you help them talk out their feelings. We're really comforting people, not counseling them."

Often, she cries along with those she's comforting. "It is part of being human," Gallagher said.

To Michael Murphy, the Clark County coroner, the Southern Nevada chapter of the national organization, founded in 1985, is particularly important because so many people have moved here and left family behind.

"For many people, the support system you need in a very difficult time simply isn't here," Murphy said. "TIP helps us fill that gap."

The Las Vegas TIP chapter is the busiest in the country. In 2008, there were more than 1,000 calls for service; in the first six months of 2009, more than 500 calls for service.

The TIP team, which has 52 volunteers, is called by emergency first responders to the scenes of natural deaths, homicides, car accidents, suicides and fires. Around the clock, the volunteers' goal is to be on the scene within 20 minutes.

They often explain to survivors, many of whom are in shock, why police are handling the situation as they are.

"At a crime scene it is often very difficult for loved ones because they have to be kept away from the body," Gallagher said. "They want to say goodbye, to be near them, but we explain that the scene must be preserved so that whoever committed the murder can be caught."

If necessary, TIP volunteers also help arrange for shelter, food and clothing for survivor victims; help notify other family members; serve as a liaison between the victims, their friends, law enforcement, emergency services and hospital personnel; and provide information about appropriate agencies for ongoing assistance.

Gallagher realized how necessary providing comfort is in the wake of her own crisis, when her husband suffered a serious head injury a few years ago.

"All my family was there," she said. "I'm not sure I could have handled it without their help. You're in shock, and you can't remember anything."

On Wednesday, Gallagher did something she seldom has time to do: Revisit a client she has helped.

At Nevada State College, she met with junior math major Magdalena, who has had a difficult time concentrating on her studies after the recent death of her roommate.

Out of concern that clients might be victimized by those who prey on individuals who have suffered a misfortune, TIP prefers that clients' last names remain confidential.

When Gallagher and Magdalena met again, they hugged. "We probably talked for two or three hours" the day her roommate died, Gallagher said.

Magdalena said she left her roommate sleeping on the couch, as she often did.

The next time Magdalena saw her, the roommate was in the same position, but her legs and arms had turned

blue. She was dead. She had a medical condition.

The emergency first responders didn't have time to deal with her grief. Gallagher did.

"I saw her outside sitting by herself crying. I knew she needed someone."

Magdalena told Gallagher all about her roommate and about her own life.

"It really gave me some peace," Magdalena said. "Talking with someone who cares about how you're feeling helps a lot."

Gallagher said she finds it most difficult to deal with situations in which seniors and the very young are involved.

On one call, a man in his 80s was "just weeping uncontrollably because the woman who was his wife for more than 60 years had died," she said. "I remember the Metro officer saying that we'll have to come back for him in a month. It was like he had just lost his life."

When Gallagher comforted a mother who had lost her teenage son to an overdose, the woman kept screaming that her child wasn't supposed to die before her. Gallagher remembers that she and the mother ended up talking about the good the boy had done in his life.

Too often, Gallagher said, she must work suicides.

"Anger and guilt are the two emotions you find," she said. If possible, she tries to focus only on the good moments the victim had with the family.

Usually TIP volunteers leave the area when the body is taken off the premises.

"We're not there to give them the kind of help they'll need in the long term, but we do try to help them find out where help is available," Gallagher said.

TIP volunteers generally give survivor victims a community resource guide at the scene. It deals with everything from support groups to phone numbers for airlines.

"In Las Vegas, we often help people from out of town," Gallagher said. "Their husband or wife may die here, and they have to deal with things like getting the body back to their hometown. We learn that kind of information."

Sitting outside a Starbucks recently near University Medical Center, Sherri Graves, the TIP crisis team manager, and Lorrie Carlyn, the assistant crisis team manager, talked about the kind of training volunteers receive before they start the regimen that sees them on call for three 12-hour shifts a month.

They go through 55 hours of training that give them insight into emotional trauma and the workings of emergency first responders. They learn about resources available for survivor victims. In addition, volunteers attend a three-hour educational meeting each month. Police, emergency responders and other professionals share their experience during training sessions.

Training for new volunteers begins in April. They are always needed because sometimes volunteers suffer burnout.

On March 16, the organization holds it Heroes with Heart fundraising luncheon at The Orleans. It honors 11 emergency responders and one citizen for outstanding work in the community.

"In this economy, we really need all the help we can get to keep this service going," Carlyn said.

Gallagher thinks she'll continue being a TIP volunteer for the foreseeable future.

"There's not a lot we can do for each other in this life. But I get personal satisfaction out of giving of myself when people really need someone to lean on."

***Printed on February 15, 2010

# EXHIBIT 3

# EXHIBIT 3



## Trauma volunteers help people in times of crisis

**By Joan Patterson**

Joseph Planck has seen his share of tragedy as a 17-year member of the Clark County Fire Department. It hasn't stopped him from volunteering for a program that serves those in the midst of crisis.

Planck is one of the newest members of the Trauma Intervention Program Inc., a nonprofit organization that provides emotional support for victims of incidents such as fires or serious crime.

Volunteers are called by police and fire departments, hospitals and emergency medical technicians when victims need additional assistance, said Marian Thomas, director of the local trauma program. "What we do is emotional first aid," she said.

Planck, a captain with the Clark County Fire Department, has counseled firefighters as a volunteer for the Employees Assistance Program but was not trained to help victims. The turning point came in February when he was asked to help a family that had just lost two children in a fire.

"It just devastated me. I can deal with firefighters but I was just devastated," Planck said. "This was different because I'd never sat with someone who had lost everything. I felt so helpless. You hold their hands and let them cry. You're just speechless."

The event was so unforgettable Planck decided to join the trauma program and learn how to help more victims, he said.

Each volunteer receives 55 hours of crisis intervention training, Thomas noted. There are currently 57 Trauma Intervention Program volunteers in Southern Nevada responding to about 60 calls a month, she said.

The Southern Nevada chapter is 3 years old, Thomas said. It provides assistance to Las Vegas, Henderson and Clark County. The county just adopted the program this summer so there is still a need for more volunteers, Thomas added.

The assistance volunteers provide include calling relatives, getting information from doctors and nurses, acting as liaisons with the media or just holding victims' hands, Thomas said.

Linda Fetters, who became a trauma program volunteer in 1995, has responded to drive-by shootings and infant deaths. A former critical-care nurse, she said trauma volunteers have to remain calm and levelheaded, while at the same time providing emotional assistance even if it's just listening to the victims.

"(Before the trauma training) I didn't know what to say, when to say it, and what not to say," said Fetters, who is also a national Trauma Intervention Program trainer. "As a nurse you are so involved in the physical aspect of a patient.

"I've learned that emotional crises have no religious, ethnic, language, any kind of barrier. That people are the same wherever they are."

Nationally, there are 15 Trauma Intervention Program chapters with about 700 volunteers, said Wayne Fortin, founder of the organization, and a licensed marriage and family counselor in San Diego.

Fortin started the program in San Diego 12 years ago after hearing distressed victims talk about the lack of immediate help.

"When bad things happen to people and they come to therapists, after talking about the incident ... they also talk about the experience of not being cared for properly at the scene or being reinjured by the system," Fortin said.

"We felt at the time, and still feel, people didn't get the support they needed immediately after a traumatic event. We're not critical of the emergency system at all. That's the nature of the system."

Volunteers are not just helping the victims, Fortin added. They also help emergency workers cope with the stress of leaving victims behind.

Each emergency worker is asked to fill out a response card evaluating a trauma volunteer's performance, Fortin

said. A frequent comment is the feeling of relief knowing victims are getting help after they leave.

"What you have is (emergency personnel) responding during a very routine day. This may be the third heart attack in the day for the paramedics but this is the most traumatic event in (the victims') lives."

Planck's first trauma volunteer call was 10 days ago. A woman needed help at a local hospital coping with the sudden death of her 33-year-old boyfriend.

Planck, a stout man with thick hands and pale blue eyes, introduced himself to the woman and asked her if there was anything she needed. As he knelt in front of her, the woman cried and talked about her boyfriend as family members looked on.

Later, standing in a hospital corridor, Planck talked about the members of his family who think he's crazy for joining the Trauma Intervention Program.

He smiled and shrugged his shoulders.

"It's not easy, but they need you," he said.

Those interested in becoming a Trauma Intervention Program volunteer can call ***-****.

***Printed on September 09, 1997

# EXHIBIT 4

# EXHIBIT 4



## BRINGING COMFORT-The Traumatic Intervention Program of Southern Nevada needs volunteers quickly who can help people work through the emotions of difficult times.

**By Glenn Puit**

Larry Moore went to northeast Las Vegas Wednesday morning for what some might consider the grimmest of tasks.

An 18-year-old was dead at a home near Nellis Boulevard and Bonanza Road, the death apparently the result of the teen's diabetic condition. Inside the home was the young man's sister, a woman consumed by grief because her brother had been taken away from her without warning.

That's where Moore, 54, stepped in. As a volunteer with the Trauma Intervention Program of Southern Nevada (TIPS), he spent the next three hours with the victim's sister, doing what he does best in the face of such a tragedy.

He listened.

And after hearing the woman put her pain into words, Moore got on the phone and called her co-workers and friends to make sure they would be there for her after he, the police and the coroner were long gone.

"A lot of people ask me how I do it, and I tell them that when I get in my car and leave the scene, I feel that I have really helped someone," Moore said. "It is a very traumatic experience for everyone involved, and when you can help someone in those type of situations, it is something special."

A team of 42 TIPS volunteers do work like Moore's every day in the Las Vegas Valley. Around the clock, TIPS volunteers are called to the scenes of homicides, suicides, car accidents, fires, even natural deaths, by police, firefighters and hospitals. Their job, for which they receive no compensation, is to comfort people when they need it the most.

"They are worth their weight in gold," said Las Vegas Fire Department spokesman Timothy Szymanski. "Without them, we wouldn't be able to do our jobs."

But according to TIPS Crisis Team Manager Marian Thomas, if the nonprofit organization doesn't find more volunteers quickly, it may no longer be able to respond to every traumatic situation in the valley. Since the Las Vegas chapter of TIPS was formed in 1994, calls for its services have skyrocketed.

In 1995, TIPS responded to about 30 calls a month. Now more than 100 calls a month are coming in, and that number is rising, Thomas said.

"At the worst time of someone's life, we are there to make it just a little bit easier," Thomas said. "But if we don't get some more people, it's going to be a lot harder for us to meet the demand."

Thomas warns that the job is not for everyone. Witnessing the results of traumatic events such as homicides, car accidents, even childrens' deaths, can be an emotionally draining experience.

"They (volunteers) have to be compassionate, have a cool head and a big heart," Thomas said.

For example, Moore said he went to a car accident two weeks ago in which a young woman was killed. He ended up spending several hours comforting the woman's husband, who was distraught at the realization he was going to have to provide for the couple's infant child on his own.

After calls like that one, Moore said he talks to Thomas during an informal counseling session to clear his head of the tragedy.

"A lot of people come into the program, they see some of the carnage and they can't handle it," Moore said. "You have to just pick yourself up and get on with your life knowing you've helped someone."

TIPS volunteers are required to be on call for three 12-hour shifts a month and they have to have their own pager. The shifts runs from 7 a.m. to 7 p.m. and vice versa, so volunteers need to make sure they can fit those shifts into their schedule.

TIPS volunteers also have to go through 55 hours of training and are subject to a background check. In addition, volunteers attend a three-hour educational meeting each month. The next 55-hour training session begins in November.

Thomas said TIPS volunteers specialize in listening to people as they grieve, but they do not promote religious faiths, talk about God or get deeply involved in any individual call. Instead, they serve as grief counselors and liaisons between public safety officials and victims' families. They also provide the numbers of social services resources to those who need them, Thomas said.

"We do what we call 'dancing the dance' in that we follow the victim's lead," Thomas said. "We do a lot of comforting, but we don't use any of the standard cliches like 'tomorrow it will be better,' 'it was God's will,' and 'you are a young couple so you can have another baby,' because none of them are true."

***Printed on September 30, 1999

# EXHIBIT 5

# EXHIBIT 5



## Five killed in head-on collision on Route 160

**By BEN ROGERS and LISA KIM BACH**

Five people were killed Sunday - including a girl who officials said was about 5 years old - and five others were injured after an afternoon head-on collision between two vehicles on state Route 160 just west of Hualapai Way.

Three of those killed and two injured were returning to Pahrump from Las Vegas, where they had seen an afternoon movie, the Nevada Highway Patrol said. Agency spokesman Alan Davidson said a ticket to a 1 p.m. showing of "Dinosaur" was found in the pocket of the girl who was killed.

The stretch of road between Las Vegas and Pahrump is notorious for deadly accidents, with more than 60 fatalities recorded since 1996. Recent widening of portions of the road to four lanes has cut down on the frequency of accidents, but Sunday's collision, about five miles west of Interstate 15, occurred on a stretch that is two lanes.

The collision occurred about 3:50 p.m. when a car driven toward Pahrump by a 40-year-old man drifted into oncoming traffic, Davidson said.

A witness had described the car as having crossed the center line for several seconds before slamming directly into a sport utility vehicle headed toward Las Vegas, he said.

Both vehicles were traveling about 60 mph, Davidson said. Identities were not available for any of the victims.

Relatives of victims gathered late in the day at University Medical Center, where most the injured were taken by helicopter, and were meeting with a grief counselor.

"This is always the worst for me," hospital social worker Kristie Bailey said of situations involving trauma to children.

Bailey called in volunteers from the Trauma Intervention Program to assist with the families of the accident victims. Those volunteers stayed with the individuals as long as they were needed, Bailey said, offering comfort and acting as go-betweens with medical staff and investigators.

"They're there for emotional first aid," said Marian Thomas, crisis team manager for the trauma program. "It's a terrible situation, but we're trying to make it a little bit easier."

The program is sponsored by all emergency responders in Clark County, except for North Las Vegas. Bailey was grateful for the volunteer assistance - as soon as news of the accident was televised, UMC's switchboard was inundated with calls from people concerned that those involved were friends or family.

"It's been hectic," Bailey said.

Five people were in each vehicle. The 35-year-old female driver of the sport utility vehicle and her front seat passenger, a 65- year-old woman, were killed on impact.

The man driving the car and the young girl were also immediately killed. A woman described as about 35 years old, who also was in the car, died at the hospital about 8:30 p.m., Davidson said.

Of the survivors, three were listed in critical condition, one in serious condition and the other in fair condition late Sunday.

The survivors included a teen-age boy who was in the car; a woman, age unknown, who was in the sport utility vehicle; and two girls, ages 6 and 3, who were in the sport utility vehicle. The younger girl was buckled into a child safety seat and is believed by police to have been the only occupant of either vehicle wearing a safety restraint, Davidson said.

Another teen-age boy in the car was taken to University Medical Center by ambulance and was listed in stable condition.

The front ends of both vehicles were demolished by the impact, scattering debris in all directions on the desert roadway. Rescue personnel had to remove the top of the sport utility vehicle to extricate victims.

"It's tragic ... they were just driving down the road. It's just tragic that people are put in these situations," Davidson said.

"This road is infamous for accidents like this," he said. "At 65 miles per hour, you've got no time to react. This road is windy, dark, has little lighting and no physical barrier between the lanes. We're going to see more of this happening until they widen this road."

Davidson said officials from Las Vegas police, the Highway Patrol and the Clark County fire department were on the scene within eight to 12 minutes of the accident. Traffic was closed down well into Sunday evening.

The last fatality on state Route 160 occurred May 1, when a 21- year-old Pahrump man was killed in a rollover. In December, a 29- year-old Las Vegas man was killed while attempting to swerve out of the way of a car trying to make a U-turn.

The Nevada Department of Transportation has made several improvements to state Route 160 over the years. In the fall, a $12.5 million construction project was completed, widening a 17-mile stretch of the road by constructing a new and separate two-lane highway next to the existing highway.

In 1992, the department spent $5.1 million to widen shoulders and install medians at various sections of the road from Decatur Boulevard to four miles east of Mountain Springs Summit. It also spent more than $14 million on other improvements in both Clark and Nye counties.

***Printed on June 26, 2000

# EXHIBIT 6

# EXHIBIT 6



## Las Vegas boy, 5, safe after parents die in murder-suicide

**By NATALIE PATTON**

The 5-year-old son of a Las Vegas couple heard the arguments and witnessed the violence that preceded Tuesday's murder-suicide of his parents, Las Vegas police said.

Whether the boy witnessed the fatal shooting of his mother was unclear Wednesday because officers did not want to add to the trauma by questioning him at length, Sgt. Kevin Manning said.

"He saw more than he should have seen," Manning said.

The boy, who now is in the custody of relatives, was taken upstairs at a neighbor's home shortly after the father forced his way into that neighbor's home to hunt down the mother with a shotgun, Manning said. Minutes after the mother was killed, the father fatally shot himself.

The killings occurred late Tuesday, just before midnight, in the 7500 block of Edgerton Drive, near Tenaya Way and Russell Road. The Clark County coroner's office identified the 32-year-old mother as Tigest Amha and the 50-year-old father as Behailu Shiffraw.

Manning said it was unclear whether the couple still was married. Each had faced domestic abuse charges in the past. The mother was charged in 1997 with abuse against Shiffraw at their Edgerton Drive home. The father was charged in 1988, although it was unclear whether Amha was his victim, Manning said.

"They were arguing; what over, actually, is no one's business," Manning said about the couple's Tuesday night fight. "The 5-year- old child was with the mother, and Dad had a shotgun. Mom ran to the neighbor's."

As she ran, the father fired one shot and missed her, hitting the neighbor's wall. He then forced his way inside the neighbor's home and shot at the mother again, hitting her in the chest, Manning said.

The neighbor "heard a shot and perceived a flash. She grabbed the child and ran upstairs. She was running upstairs and saw the female falling to the ground," Manning said.

The father ran next door and was inside his house when he killed himself, Manning said. Las Vegas police received a call for help at 11:59 p.m. Tuesday.

"It's a tragedy," Manning said.

"A family is torn apart. A child is left without the guidance of a mother or father. The paternal and maternal figures of the family are gone."

Manning said about 20 percent to 30 percent of the Homicide Section's cases are related to domestic violence.

Shiffraw also is survived by his 17- and 22-year-old children.

A volunteer from the Trauma Intervention Program spent time early Wednesday at the crime scene trying to calm angry relatives and help survivors deal with their loss and grief.

"We do what we call emotional first-aid," said Marian Thomas, the program's director and a crisis team manager.

"We try to comfort and we try to diffuse the situation. We're the calm. In a situation like any kind of homicide, your first reaction is anger."

Thomas said the 52 volunteers of the program, which is offering its next orientation session in October, are trained to comfort witnesses and survivors of those killed in violent crimes, as well as in other circumstances.

***Printed on August 15, 2002

# EXHIBIT 7

# EXHIBIT 7



## 3-year-old stabbing victim's funeral today

A funeral will be held today for 3-year-old Kristyanna Cowan, who was fatally stabbed at a mobile home in Mesquite last week while her mother was at a casino with her boyfriend.

Services will begin at 11 a.m. at the Woodlawn Cemetery, 1500 Las Vegas Blvd., North, and are open to the public.

Cowan's 10-year-old sister, Brittney Bergeron, was left paralyzed from the waist down after the Wednesday morning attack and remains hospitalized at University Medical Center.

Beau Maestas, 19, and his 16-year-old sister, Monique, were arrested in Utah on murder charges and are challenging their extradition back to Nevada. Police said Beau Maestas has confessed to the killings, and said that he was angry because the boyfriend of the girls' mother had ripped him off in a drug deal.

Donations for Brittney Bergeron can be sent to: T.I.P. (Trauma Intervention Program), 1823 Covey Lane, Las Vegas, NV , 89115. T.I.P. is a nonprofit volunteer program that offers grief counselors to trauma victims. Those interested can call ***-**** for more information.

***Printed on January 28, 2003

# EXHIBIT 8

# EXHIBIT 8



## Volunteers bring emotional first aid

Volunteers are being sought for Southern Nevada's Trauma Intervention Program, which provides "emotional first aid" to citizens when tragedy strikes.

TIP volunteers work closely with hospitals, firefighters, police officers and others to assist relatives and friends of victims of murders, car crashes and other traumatic incidents.

The volunteers sometimes must break news of a death or serious injury to relatives and friends.

TIP of Southern Nevada, Inc. is currently recruiting volunteers for this difficult task, with training scheduled for early September.

Those interested can call the group's executive director, Marian Thomas, at ***-**** or ***-****.

***Printed on July 26, 2003

# EXHIBIT 9

# EXHIBIT 9



## Trauma Intervention Program offers help to all victims

**By OMAR SOFRADZIJA**

This week, readers want to know what help exists for accident victims.

• Jennifer Thatcher asks: Is there any kind of help to offer Summer Larkin? In Laughlin they offer something called TIP (Trauma Intervention Program). She is a silent victim in all of this. Ms. Larkin must live with this.

You may recall Larkin, 24, was the driver of a car that struck Adriana Lauzon and Tabatha Speas, both 13, while they were crossing Shinecock Hills Street on foot Oct. 15. Both girls later died, and the accident sparked calls for a marked crosswalk in that area.

TIP has a chapter in Las Vegas, and crisis team manager Marian Thomas said she believes her volunteers were called to that accident to offer assistance. But Thomas did not know if Larkin specifically received any help.

"We respond to any request by the emergency responders: fire, police, coroner, hospital, ambulance," Thomas said. "We go to the scene, the hospital, wherever we're needed and offer emotional first aid."

The range of traumatic events volunteers respond to include murders, suicides, rapes, robberies, fires and even the death of family pets. "Any kind of trauma there is," said Thomas, adding that her volunteers respond to about 120 calls each month.

"When little Mrs. Jones' husband of 60 years doesn't wake up in the morning, we go to little Mrs. Jones' house and spend the next few hours with her," Thomas said. "We explain procedures and offer emotional support."

In the Las Vegas area, TIP has more than 50 volunteers who are on call for 12-hour shifts three times a month. They each undergo 55 hours of initial training and receive monthly continuing education sessions, Thomas said.

TIP's $100,000 annual budget is paid for by private donations and contracts with police and fire agencies in Las Vegas, North Las Vegas, Henderson, Boulder City and Clark County, Thomas said.

Volunteers only respond at the request of emergency response agencies. People who wish to volunteer for the group can call Thomas at ***-****.

***Printed on December 03, 2003

# EXHIBIT 10

# EXHIBIT 10



## Boy's death second for driver

**BY FRANK CURRERI**

Richard McFadden, whose tractor trailer on Monday ran over a North Las Vegas boy, was involved in another fatal accident last year that killed a Las Vegas teen.

But police investigators say the 57-year-old driver has not been reckless on the road, just unlucky.

Authorities concluded after the Aug. 30, 2002, crash that the dead teenager, 16-year-old Ryan Sneed, caused the collision when he ran a stop sign about a mile from Centennial High School.

North Las Vegas police said evidence gathered at the scene of Monday's fatality, at the intersection of Clayton Street and Gowan Road, indicates pedestrian error was to blame for the death of 10- year-old Jade Kilmer.

"I feel sorry for him," Las Vegas police Detective Steve Winne, who probed last year's deadly crash, said of McFadden. "This guy just happens to be at the wrong place at the wrong time: two different times. And that's bizarre. That's what blows me away."

Kilmer, who was headed home from school on in-lane skates, was struck and killed just outside a crosswalk. The child died in front of Pipes Paving, where McFadden works and across the street from the apartment complex where the boy lived.

There was a four-way stop sign at the intersection. Police say there is nothing to suggest that McFadden violated any traffic laws.

Officials with Pipes Paving declined to comment, and efforts to reach McFadden were not successful.

Janelle Ozawa, mother of Jade and Lauren Ozawa, the Centennial students who were injured in last year's accident, said she was dismayed to learn of McFadden's involvement in another deadly accident.

"My first impression was that this is horrible for this guy to have it happen again," Janelle Ozawa said. "This is the kind of thing that shatters people's lives.

"We don't think it is great to have these trucks on the same roads as these kids they are driving to and from school. They have very limited peripheral view, and this is going to happen again."

McFadden holds a valid class A commercial driver's license and has no moving violation convictions over the past three years, according to the Nevada Department of Motor Vehicles. His driving history beyond that time period was unavailable.

Officials have inspected McFadden's tractor trailer for possible defects and found "everything was good," said North Las Vegas police spokesman Justin Roberts.

McFadden also was tested to see if drugs or alcohol were in his system. The results are still pending.

McFadden passed the drug and alcohol tests after last year's accident, Winne said.

Even when a motorist is not to blame for a fatal crash, they can be haunted by the tragedy, said Wayne Fortin, chief executive officer for Trauma Intervention Programs, a nationwide organization whose volunteer counselors help victims of tragedies.

He said many such motorists find themselves thinking the same thought over and over: "I can't believe I just ran over and killed that kid."

Many people try to console the motorists by telling them, "Well, at least you're OK," Fortin said.

But even a motorist who emerges physically unscathed from a fatal accident often feels like a victim, Fortin said. Like any victim, that person needs a sympathetic ear.

"This person has a story to tell and needs to be able to tell that story over and over again in detail. And, unfortunately, most people don't want to hear it," Fortin said. "So we try to identify somebody who wants to hear

it."

Winne said he and his colleagues have a combined 30-plus years investigating fatal crashes. In their collective memory, McFadden's misfortunes are in a class of their own.

"Why wasn't it some other driver?" Winne asked. "Why was he at that particular place at that particular time, in both cases? Why wasn't it the car in front of him?

"I think he's just unlucky," the detective said. "You've gotta feel for the guy."

***Printed on December 12, 2003

# EXHIBIT 11

# EXHIBIT 11



## Volunteers offer comfort to those hit by tragedy

**By FRANK GEARY**

Like dozens of times before, Marian Thomas wasn't sure what to expect when the coroner's office called.

Minutes later, she found herself next to the corpse of a man who had killed himself.

"I sat on the floor with the mother where he had just committed suicide. She held her son's head in her lap and she asked me to hold his hand, so I sat there and held his hand," Thomas said.

For the mother, it was a once-in-a-lifetime tragedy.

For Thomas, though, it was just another day on duty with Southern Nevada's chapter of the Trauma Intervention Program, or TIP.

The program is a 19-year-old national nonprofit agency with more than 20 chapters in many Western states, Florida and Massachusetts.

The Las Vegas effort, which celebrates its 10th anniversary Tuesday, responds to roughly 120 emergencies a month and is considered the busiest chapter per capita in the country, said Thomas, crisis team manager for the local group.

Police officers, firefighters, hospitals and the coroner's office call on the agency's 45 volunteers around-the-clock to comfort and counsel a victim's family, friends or co-workers in the wake of a tragedy, said Las Vegas Fire Department Deputy Chief Ken Riddle, who serves on the local TIP Advisory Board and who was instrumental in bringing the program to Las Vegas.

At first, Riddle was skeptical of the program because he couldn't believe people would volunteer for what can be an upsetting, gruesome and time-consuming task.

"I was surprised there were this many people willing to give back to their community, especially considering they can be on call all night," Riddle said. "If you have someone who is hysterical and screaming, it's nice to be able to have a citizen volunteer who can hold their hand and comfort them."

Volunteers, who receive 55 hours of training and are required to undergo a background check, range in age from teenagers to senior citizens. They are on call for three 12-hour shifts a month. They include retirees, real estate agents, homemakers, and medical personnel.

The volunteers may be asked to meet with a motorist shaken up after killing a pedestrian, an elderly person who lost a spouse of many years, parents whose child succumbs to Sudden Infant Death Syndrome or the traumatized victims of a home-invasion robbery.

Sherrie Burch, a volunteer who went on the first Southern Nevada TIP call March 2, 1994, said the average volunteer stays with the program about two years before they get burnt out or sidelined by a particularly troubling tragedy.

One volunteer couldn't participate any longer after responding to the deaths of three infants in one evening, Burch said.

Burch on Feb. 5 was called to University Medical Center to meet with the family of Donald Ursem, who was shot and killed in the doorway of his home near Jones Boulevard and Vegas Drive.

"It was extremely compassionate, especially at that time," said Ursem's son, Perry Ursem. "Considering you're in a state of shock and don't know where to turn, it's comforting to know someone who cares is out there."

After meeting with the Ursem family, Burch was asked to walk down the hall of the hospital and meet with the family of a high school girl who was taken to the hospital after she was badly injured while surfing atop a car.

The girl died while at the hospital.

"You never know what you are going to find and how it is going to hit you," Burch said. "I have been on SIDS

deaths, homicides, suicides, Alzheimer's' cases, robberies, burglaries, home invasions. ... Unfortunately, most involve death and a large percentage are suicides."

TIP volunteers responded June 3, 1999, to an Albertsons grocery store at Sahara Avenue and Valley View Boulevard after Zane Floyd killed four employees with a shotgun. They met at a nearby restaurant with employees who survived the early-morning rampage.

Volunteers also responded March 19, 2000, to a stretch of Interstate 15 near the Las Vegas Motor Speedway after six teenagers were killed when a van driven by Jessica Williams plowed into them while they picked up trash as part of a youth probation program.

Thomas accompanied the coroner to the home of one of the victims. The victim's grandmother spoke only Spanish, but Thomas didn't need an interpreter to understand her.

"I remember the grandmother on her knees, hugging me around my stomach, begging me to tell her that it wasn't her grandson. I don't speak Spanish, but I knew exactly what she was saying," Thomas said.

The national TIP program was launched in 1985 by Southern California clinical psychologist Wayne Fortin. He saw a need for it after treating patients who suffered from post-traumatic stress disorder years after losing a loved one to an unexpected tragedy, Thomas said.

The program has been recognized by former U.S. Attorney General Janet Reno, Harvard University and the Ford Foundation, according to TIP literature.

The local chapter for years has been active in Las Vegas, Henderson and unincorporated Clark County, Riddle said. More recently, the services have been available in Boulder City, and in the past year TIP started providing services in North Las Vegas and Laughlin.

TIP responded to 20 percent more calls in 2003 than in 2002.

The program receives 9 cents from the county and cities for every resident in each jurisdiction. The group has an annual budget of about $100,000. Thomas is the agency's only full-time employee; two part-time employees were hired within the past year, she said.

Riddle said local taxpayers are getting a great deal, in part because TIP volunteers free up police officers, firefighters and other emergency responders because they aren't needed to stay with a distraught loved one of a victim.

"You have got strangers going out 24 hours a day in every kind of weather helping strangers. Their pay is a hug and a thank you, and they keep coming back for more," Thomas said.

**TRAINING PROGRAM**

The Trauma Intervention Program is recruiting volunteers for a 55- hour training program that starts Thursday and runs through March 14. For more information about the class or TIP call Marian Thomas, crisis team manager, at ***-**** or ***-****. On the Internet, go to www.tipnational.org.

***Printed on February 29, 2004

# EXHIBIT 12

# EXHIBIT 12



## Dinner to toast emergency personnel

**The Trauma Intervention Program will have its annual "Heroes With Heart" dinner to honor those emergency responders (police, fire, hospitals, citizens) and volunteers who go above and beyond the call in helping victims of trauma.**

**The event will be Friday in the Four Seasons Ballroom, 3960 Las Vegas Blvd. South, with a cocktail hour and silent auction at 6 p.m. Dinner will be served at 7 p.m.**

**Individual tickets are available for $150. For more information, contact Fran Shelton at \*\*\*-\*\*\*\*.**

**The Trauma Intervention Program is in its 10th year of providing emotional first aid to those who have suffered a loss or trauma.**

**\*\*\*Printed on November 09, 2004**

# EXHIBIT 13

# EXHIBIT 13



## Police say girl, 2, dies after mom backs over her with minivan

**By BRIAN HAYNES**

A 2-year-old girl died Thursday after her mother backed over her with the family minivan, Las Vegas police said.

Paramedics tried to revive the girl, but she died at the scene of the accident, which occurred about 1 p.m. outside the family's apartment at 6661 Silverstream Ave., near the Rainbow Curve, Sgt. Tracy McDonald said.

The 23-year-old mother, Darcy Wykoff, believed the toddler was in their apartment with the father and did not see the girl until it was too late, he said.

"This is a very, very tragic set of circumstances," he said.

Neighbor Josette Hernandez said she heard screaming outside her apartment and went to investigate. She came outside to find the girl's father kneeling next to her and the mother screaming hysterically, she said.

One bystander gave the girl cardiopulmonary resuscitation, but the toddler's pulse faded and eventually disappeared before paramedics arrived, she said.

"We sat in a circle, and the mom asked us to pray," Hernandez said.

"But the baby was dead."

Counselors with the Trauma Intervention Program were on scene to comfort the distraught parents.

McDonald said reckless driving, alcohol or drugs did not appear to be factors in the incident. Police impounded the green 1999 Dodge Caravan and will continue their investigation. "It's horrible, especially as a parent," Hernandez said.

A Las Vegas toddler died the same way in May when his father accidentally backed over him.

Janette Fennell, founder and president of the child-safety group Kids and Cars, said it's a growing national problem as vehicles get bigger and blind spots grow larger.

According to Kids and Cars, 302 children under age 15 died in the past five years after being backed over by vehicles. Most of the fatalities were children between 1 and 2 years old, and 60 percent of the drivers were relatives.

The group also cited a federal study that found 2,400 children were treated in emergency rooms last year after being backed over.

"It's truly an epidemic," Fennell said.

"We're losing two kids a week."

Some newer vehicles are equipped with sensors and cameras to help prevent such accidents. Parents also can take simple safety steps before getting behind the wheel.

Shelly Cochran of Safe Kids Clark County said parents should make it a habit to walk around their vehicles and make sure no children are present but out of sight.

They also should work with spouses and other caregivers to make sure children are accounted for, she said.

"One moment's inattention, and this can happen to any of us," she said.

\*\*\*Printed on April 01, 2005

# EXHIBIT 14

# EXHIBIT 14



## The R-J Goes to a Party: Heroes with Heart

**By DOROTHY HUFFEY**

**Trauma Intervention Program of Southern Nevada presented the Heroes with Heart Luncheon on Feb. 26 at the Suncoast. TIP is a national voluntary nonprofit organization dedicated to ensuring those who are emotionally traumatized in emergency situations receive the assistance they need.**

**There are more than 20 regional chapters, serving 250 cities nationwide. The Las Vegas chapter has been in operation for more than 12 years.**

**The luncheon began with a silent auction, with all money raised going directly toward supporting TIP. Dave Courvoisier, news anchor from KLAS-TV, Channel 8, emceed the luncheon that honored three emergency responders and two fire crews.**

**Recipients of the Heroes with Heart Awards were: coroner investigator Karen Murray; George Lewis of the Nevada Department of Transportation; park ranger Todd Roessner; Capt. Sean McKeon and his crew from the Henderson Fire Department; Henderson fire crew chief Bob Maroni, Capt. Scott Adler and Investigator Joel McGinnis.**

**\*\*\*Printed on March 13, 2008**

# EXHIBIT 15

# EXHIBIT 15

*-APPLICATION-*

## Title

**Title of Work:** Grief-stricken receive emotional first aid

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 15, 2010          **Nation of 1st Publication:** United States

## Author

- **Author:** Stephens Media LLC

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Operating Officer

**Email:** dbrownell@righthaven.com          **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

**Name:**  Steven A. Gibson

**Date:**  May 12, 2010

**Applicant's Tracking Number:**  0001743

**Registration #:**

**Service Request #:**   1-398846950

**Application Date:**   05-12-2010 23:54:26

## Correspondent ───────────────────────────

**Organization Name:**   Righthaven LLC

**Name:**   Steven A. Gibson

**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate ───────────────────────────

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States