J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven LLC*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven LLC*
RIGHTHAVEN LLC
Conquistador Business Park
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900
Fax: (702) 527-5909

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRAUMA INTERVENTION PROGRAM OF SOUTHERN NEVADA, INC., a not-for-profit Nevada corporation; and GREGRY ROBINSON, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01512-PMP-PAL<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Friday September 3, 2010 for copyright infringement against Trauma Intervention Program of Southern Nevada, Inc. ("TIP of Southern Nevada"), and Gregory Robinson ("Mr. Robinson"). Righthaven, TIP of Southern Nevada and Mr. Robinson have agreed to settle the matter by a written agreement.

Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

1

Dated this twenty-ninth day of November, 2010.

          RIGHTHAVEN LLC

By: /s/ J. Charles Coons
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701

*Attorneys for Plaintiff*

    IT IT SO ORDERED.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

DATED: November 30, 2010.

2